IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| LORA DUNN-DOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-04053-MJW |
| | ) | |
| v. | ) | Magistrate Judge Whitworth |
| | ) | |
| ASSIGNED CREDIT SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, LORA DUNN-DOBSON, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties shall file a stipulation of dismissal with prejudice forthwith.

Respectfully submitted,<br>
**LORA DUNN-DOBSON**

By:    s/ Joan M. Landmann<br>
       Attorney for Plaintiff

Dated: July 1, 2011

Joan M. Landmann (Bar # 57461)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, Suite 4000
Chicago, IL 60601
Telephone:   (314) 667-4382
Facsimile:    (888) 418-1277
E-Mail:       jlandmann@smithlaw.us

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| **LORA DUNN-DOBSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-04053-MJW |
| | ) | |
| v. | ) | Magistrate Judge Whitworth |
| | ) | |
| **ASSIGNED CREDIT SOLUTIONS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

**To:** Law Offices of Daniel J. Mccusker
P.O. Box 1802
111 North Olive Street
Media, Pennsylvania 19063

    I, Joan M. Landmann, an attorney, certify that on **July 1, 2011**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| __X__ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | ____ | ECF |

                                                        By: __s/ Joan M. Landmann__
                                                                Attorney for Plaintiff

Dated: July 1, 2011
Joan M. Landmann (Bar # 57461)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, Suite 4000
Chicago, IL 60601
Telephone: (314) 667-4382
Facsimile: (888) 418-1277
E-Mail: jlandmann@smithlaw.us