# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| LORA DUNN-DOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-04053-MJW |
| | ) | |
| v. | ) | Magistrate Judge Whitworth |
| | ) | |
| ASSIGNED CREDIT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, LORA DUNN-DOBSON, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,
**LORA DUNN-DOBSON**

By:  s/ Joan M. Landmann
Attorney for Plaintiff

Dated: July 22, 2011

1

Joan M. Landmann (Bar # 57461)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, Suite 4000
Chicago, IL 60601
Telephone: (314) 667-4382
Facsimile: (888) 418-1277
E-Mail: jlandmann@smithlaw.us