IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION


| | | |
|---|---|---|
| LORA DUNN-DOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 11-4053-CV-C-MJW |
| v. | ) | |
| | ) | |
| ASSIGNED CREDIT SOLUTIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CLERK'S ORDER OF DISMISSAL

On July 22, 2011, the plaintiff having filed a Notice of Voluntary Dismissal (DE #4)

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

IT IS ORDERED that the above-captioned action be, and hereby is dismissed with

prejudice and without costs to any party.


AT THE DIRECTION OF THE COURT

Ann Thompson, Court Executive

/s/ Jackie Price

By:     Jackie Price
        Courtroom Deputy


August 1, 2011